· No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for a violation of the Liquor Control Act, Vernon's Ann.P.C. art. 666–1 et seq., with a prior conviction for an offense of like character. Punishment was assessed at twenty days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.

**Willie Lee FOWLER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28237.

Court of Criminal Appeals of Texas.

April 11, 1956.

**Robert Lee HERROD**

v.

**The STATE of Texas.**

No. 28366.

Court of Criminal Appeals of Texas.

May 16, 1956.

Edgar L. Smith, Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of a narcotic drug; the punishment, 10 years. ·

Accompanying the record ·is an ˙affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the ˙appeal is dismissed.